# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE (ADDRESS CHANGE)

*1542440*

Index no : 1 23 CV 09329 AS
Date of Purchase: 10/24/2023
Office No: 20231102153057

| Plaintiff: | NATHASHA VAN DUSER, ET AL |
|---|---|
| Defendant: | TOZZER LTD. D/B/A NIAGARA NYC AND LOVERS OF TODAY, ET AL |

STATE OF NEW YORK COUNTY OF NASSAU      ss.:
I (Nicholas Viveros) being duly sworn deposes and says I am over the age of 18 and reside in New York State.

On **11/08/2023** at **9:27 AM**, I served the within **SUMMONS, RIDER, COMPLAINT** on **JONATHAN TOUBIN** at **NIAGARA , 112 AVENUE A, NEW YORK, NY 10009** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **Jane Doe, CO-WORKER** a person of suitable age and discretion. Person spoken to stated that said premises is intended recipients place of business within the state.

Comments: **PERSON WHO ACCEPTED THE DOCUMENTS REFUSED TO GIVE HIS OR HER NAME**

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height (Approx) | Weight (Approx) |
|---|---|---|---|---|---|
| Female | Tan | Brown | 40-50 | 5ft - 5ft 3 | 121-160 lbs |
| Other Features: | | | | | |

On **11/08/2023** I deposited in the United States mail a true copy or copies of the aformentioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant(s)** at **NIAGARA , 112 AVENUE A, NEW YORK, NY 10009**. That address being the actual place of business of the Defendant(s).
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
11/15/2023

Felix A Vazquez
Notary Public, State of New York
No. 01VA6172274
Qualified in Kings County
Commission Expires 8/6/27

X_____
Nicholas Viveros
License#: 2094853
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
SUITE 101
UNION, NJ 07083
908-687-0056 Clerk: Clerk5

