

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.444.1024
doug@lipskylowe.com

www.lipskylowe.com

May 3, 2024

VIA ECF
The Honorable Arun Subramanian, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:     Van Duser *et al.* v. Tozzer LTD., *et al.*, 1:23-cv-09329 (AS)

Dear Judge Subramanian:

      This firm represents the Plaintiffs. With Defendants' consent, the parties have agreed on the following briefing schedule for Defendants' April 21, 2024 Motion to Dismiss:

- Plaintiffs' opposition to be filed by May 13, 2024; and
- Defendants' reply to be filed by May 20, 2024.

      This is the first extension request which, if granted, would not affect any other dates or deadlines.

      We appreciate the Court's consideration of this request.

                                   Respectfully submitted,
                                   LIPSKY LOWE LLP


                                   s/ Douglas B. Lipsky
                                   Douglas B. Lipsky

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 3, 2024