UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATASHA VAN DUSER et al.,

                Plaintiffs,

    -against-

TOZZER LTD. et al.,

               Defendants.

23-cv-9329 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Because Plaintiffs have filed an amended complaint and Defendants have filed a new motion to dismiss, the Clerk of Court is directed to close Dkt. 27.

    SO ORDERED.

Dated: August 9, 2024
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge