

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
doug@lipskylowe.com

www.lipskylowe.com

November 8, 2024

<u>VIA ECF</u>
The Honorable Arun Subramanian, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: <u>Van Duser *et al.* v. Tozzer LTD., *et al.*, 1:23-cv-09329 (AS)</u>

Dear Judge Subramanian:

  This firm represents the Plaintiffs. With we submit this letter, on behalf of all parties, pursuant to the Court's October 24, 2024 Order.

  Today, November 8, counsel and representatives for both parties met in person for more than two hours to discuss the case. During this meeting, the parties agreed that the case would proceed on dual tracks, in earnest: completing all necessary discovery and engaging in settlement discussions.

  On settlement, the parties had a robust discussion on the claims and damages. The parties, to that end, have agreed to keep discussing settlement and Plaintiffs will provide a revised demand next week.

  On discovery, Defendants made clear they intend to depose the 12 Named Plaintiffs and Plaintiffs confirmed they intend to take three depositions. As to the timing of this, while the parties are mindful of the Court's October 24 Order, we do respectfully request an extra 30 days to complete depositions because Defendants' Fed. R. Civ. P. 30(b)(6) designee will be out of the country the next several weeks due to an unavoidable conflicting medical obligation for cancer treatment. This request, if granted, would result in the following extensions:

- Deadline to complete all discovery be extended from December 26, 2024 to January 27, 2025; and
- Deadline to serve post-discovery summary judgment motions shall be extended from February 18, 2025, with the deadline for answering papers extended from February 13, 2025 to March 20, 2025, and deadline for reply papers extended from February 20, 2025 to March 27, 2025.



The Honorable Arun Subramanian
November 8, 2024
Page 2 of 2

      This request will not affect any other dates or deadlines. We appreciate the Court's consideration of this request.

Respectfully submitted,
LIPSKY LOWE LLP


s/ Douglas B. Lipsky
Douglas B. Lipsky

CC:    Counsel of Record (Via ECF)