UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATASHA VAN DUSER et al., <br><br>        Plaintiffs, <br><br>   -against- <br><br>TOZZER LTD. d/b/a Niagara NYC and Lovers of Today et al., <br><br>        Defendants. | 23-cv-9329 (AS) <br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court will hold an in-person settlement conference on Thursday, April 3, 2025 at 2 PM in Courtroom 15A, 500 Pearl Street, New York, NY 10007. **All parties and principals must attend.**

  SO ORDERED.

Dated: March 6, 2025
    New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge