UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATASHA VAN DUSER et al., | |
| Plaintiffs, | |
| -against- | 23-cv-9329 (AS) |
| TOZZER LTD. d/b/a Niagara NYC and Lovers of Today et al., | ORDER |
| Defendants. | |

ARUN SUBRAMANIAN, United States District Judge:

The Court will hold a remote conference on **April 8, 2025** at **10 AM**. The parties shall dial (646) 453-4442 and enter conference ID: 523 129 909 followed by the pound (#) sign.

SO ORDERED.

Dated: April 4, 2025
New York, New York

ARUN SUBRAMANIAN
United States District Judge