UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATASHA VAN DUSER, JACKSON LEA, CHARLOTTE MASON, TRISTAN HSU, MORGANN DANIELS, AMERICA ROSE MARVELOUS HERVE, RYAN MICKELSEN, KAYL WARD, STEPHANIE OSPINA, ZOË FROMER, NICOLE IRRIZARRY and JULIETA WINTERS, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOZZER LTD. D/B/A NIAGARA NYC AND LOVERS OF TODAY, LAPIZZA SHOP, INC., D/B/A 96 TEARS, BERLIN AND CABIN DOWN BELOW, BOWERY TECH RESTAURANT LLC D/B/A BOWERY ELECTRIC, JONATHAN TOUBIN, JOSHUA YERINGTON A/K/A "JOHNNY T", JESSE MALIN, AND LAURA MCCARTHY, Jointly and Severally,<br><br>Defendants. | ECF CASE<br><br>No.: 1:23-cv-9329 (AS)<br><br>PLAINTIFFS' NOTICE OF ACCEPTANCE OF FED. R. CIV. P. 68 OFFER OF JUDGMENT |

To:  Jason Mizrahi
    EPSTEIN & ASSOCIATES, P.C.
    60 East 42nd Street, Suite 4700
    New York, New York 10156
    jason@levinepstein.com
    *Defendants' Counsel*

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiffs Natasha Van Duser, Jackson Lea, Charlotte Mason, Tristan Hsu, Morgann Daniels, America Rose Marvelous Herve, Ryan Mickelsen, Kayl Ward, Stephanie Ospina, Zoë Fromer, Nicole Irrizarry and Julieta Winters, through their undersigned counsel, hereby accept and provide notice that they have accepted Defendants' Offer of Judgment to Plaintiffs dated

1

_____April 25_____, 2025, attached hereto as Exhibit A.  In accepting this Offer of Judgment, Plaintiffs do not waive their right to seek entry and to enforce a Confession of Judgment for a different amount.

Dated: April 25, 2025

Respectfully submitted,

_____
Douglas Lipsky, Esq.
Lipsky Lowe LLP
420 Lexington Avenue, Suite 1830
New York, NY 10170-1830
doug@lipskylowe.com
*Plaintiffs' Counsel*