# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATASHA VAN DUSER, JACKSON LEA, CHARLOTTE MASON, TRISTAN HSU, MORGANN DANIELS, AMERICA ROSE MARVELOUS HERVE, RYAN MICKELSEN, KAYL WARD, STEPHANIE OSPINA, ZOË FROMER, NICOLE IRRIZARRY and JULIETA WINTERS, Individually and on behalf of all other persons similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>TOZZER LTD. D/B/A NIAGARA NYC AND LOVERS OF TODAY, LAPIZZA SHOP, INC., D/B/A 96 TEARS, BERLIN AND CABIN DOWN BELOW, BOWERY TECH RESTAURANT LLC D/B/A BOWERY ELECTRIC, JONATHAN TOUBIN, JOSHUA YERINGTON A/K/A "JOHNNY T", JESSE MALIN, AND LAURA MCCARTHY, Jointly and Severally,<br><br>        Defendants. | ECF CASE<br><br>No.: 1:23-cv-9329 (AS)<br><br><u>FED. R. CIV. P. 68 OFFER OF JUDGMENT</u> |

TO:    Douglas Lipsky, Esq.
        Lipsky Lowe LLP
        420 Lexington Avenue, Suite 1830
        New York, NY 10170-1830
        doug@lipskylowe.com
        *Attorneys for Plaintiffs*

       Pursuant to Federal Rule of Civil Procedure 68, Defendants Tozzer Ltd. d/b/a "Niagara NYC" and "Lovers of Today," Lapizza Shop, Inc. d/b/a "96 Tears," "Berlin," and "Cabin Down Below," Bowery Tech Restaurant LLC d/b/a "Bowery Electric," Jonathan Toubin, Johnny Yerington a/k/a "Johnny T," Jesse Malin, and Laura McCarthy ("Defendants"), hereby offer to allow judgment to be taken against each of them jointly in

this action in the amount of $12,000.00 (the "Judgment Amount").

The total Judgment Amount is inclusive of all reasonable attorney's fees, costs, and expenses to date hereof, in full and final settlement of all of Plaintiffs' claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiffs may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants or any owner, employee, or agent, either past or present, of the Defendants, or in connection with the facts and circumstances that are the subject of this action.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants, or any owner, employee, representative, or agent of any of the Defendants.

Acceptance of this offer of judgment will act to release and discharge Defendants, their respective successors or assigns, as well as all past and present owners, employees, representatives, and agents of the Defendants, in their respective capacity as such, from any and all claims that were or could have been alleged by Plaintiff. Acceptance of this offer of judgment also will operate to waive Plaintiff's rights to any claim for interest on the amount of the judgment. Acceptance of this Offer of Judgment does not however waive Plaintiffs' right to seek entry and to enforce a Confession of Judgment for a different amount.

This offer of judgment is made solely for the purposes specified in Rule 68, and is not to be construed either as an admission that Defendants are liable in this action or that

3

the Plaintiffs have suffered any damages.

Dated: April 25, 2025　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*Jason Mizrahi*
　　　　　　　　　　　　　　　　　　Jason Mizrahi
　　　　　　　　　　　　　　　　　　Levin-Epstein & Associates, P.C.
　　　　　　　　　　　　　　　　　　60 East 42nd Street, Suite 4700
　　　　　　　　　　　　　　　　　　New York, New York 10156
　　　　　　　　　　　　　　　　　　jason@levinepstein.com
　　　　　　　　　　　　　　　　　　*Defendants' Counsel*