UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATASHA VAN DUSER, JACKSON LEA, CHARLOTTE MASON, TRISTAN HSU, MORGANN DANIELS, AMERICA ROSE MARVELOUS HERVE, RYAN MICKELSEN, KAYL WARD, STEPHANIE OSPINA, ZOË FROMER, NICOLE IRRIZARRY and JULIETA WINTERS, Individually and on behalf of all other persons similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>TOZZER LTD. D/B/A NIAGARA NYC AND LOVERS OF TODAY, LAPIZZA SHOP, INC., D/B/A 96 TEARS, BERLIN AND CABIN DOWN BELOW, BOWERY TECH RESTAURANT LLC D/B/A BOWERY ELECTRIC, JONATHAN TOUBIN, JOSHUA YERINGTON A/K/A "JOHNNY T", JESSE MALIN, AND LAURA MCCARTHY, Jointly and Severally,<br><br>    Defendants. | No.: 1:23-cv-9329 (AS)<br><br>DECLARATION OF DOUGLAS LIPSKY |

DOUGLAS B. LIPSKY, hereby declares to the Court as follows:

1. I am a member of the Bar of this Court and a partner of the law firm Lipsky Lowe LLP, attorneys for Plaintiffs Natasha Van Duser, Jackson Lea, Charlotte Mason, Tristan Hsu, Morgann Daniels, America Rose Marvelous Herve, Ryan Mickelsen, Kayl Ward, Stephanie Ospina, Zoë Fromer, Nicole Irrizarry and Julieta Winters ("Plaintiffs"). I know the facts testified to in this Declaration to be true based on my own personal knowledge.

2. On April 25, 2025, Defendants Tozzer Ltd. d/b/a "Niagara NYC" and "Lovers of Today," Lapizza Shop, Inc. d/b/a "96 Tears," "Berlin," and "Cabin Down Below," Bowery Tech Restaurant LLC d/b/a "Bowery Electric," Jonathan Toubin, Joshua Yerington a/k/a "Johnny T,"

Jesse Malin, and Laura McCarthy ("Defendants") made an Offer of Judgment to Plaintiffs via Email.

3. On April 25, 2025, Plaintiffs received and accepted Defendants' Offer of Judgment and served their Notice of Acceptance to Defendants via Email.

4. I hereby declare that the foregoing statements made by me are true. I am aware that if any of the foregoing statements by me are willfully false, I am subject to punishment.

Dated: New York, New York
April 25, 2025

By: s/ Douglas B. Lipsky
Douglas B. Lipsky
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
212.392.4772
doug@lipskylowe.com
*Attorneys for Plaintiffs Natasha Van Duser, Jackson Lea, Charlotte Mason, Tristan Hsu, Morgann Daniels, America Rose Marvelous Herve, Ryan Mickelsen, Kayl Ward, Stephanie Ospina, Zoë Fromer, Nicole Irrizarry and Julieta Winters*